UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

                              Plaintiff,              Case No. 2:10-cv-12005
v.                                                    Hon. Robert Cleland

GLORIA DAVIS AND GLORIA SIMS POE,
                              Defendants.

_____/

David M. Davis (P24006)              Gloria Davis
John M. Boyda (P39268)               Defendant In Pro Per
Attorneys for Plaintiff              14062 Fenton Drive
Hardy, Lewis & Page, P.C.            Redford, Michigan 48239
401 South Old Woodward Ave. Suite 400   (313) 794-1403
Birmingham, Michigan 48009
(248) 645-0800
dmd@hardylewis.com

Gloria Sims Poe
Defendant In Pro Per
8120 East Jefferson #2N
Detroit, Michigan 48214
(313) 822-7599

_____/

## <u>ORDER DISMISSING METLIFE ONLY</u>

Metropolitan Life Insurance Company ("MetLife") having deposited the life insurance benefits in the amount of $9,191.00, plus any applicable interest, into the Registry of the Court that were payable under the Chrysler LLC Group Insurance Program (the "Plan") by reason of the death of the Plan Participant James Melvin Burnett (the "Decedent") and the Court being otherwise fully advised;

IT IS HEREBY ORDERED AND ADJUDGED that MetLife is DISMISSED WITH PREJUDICE from this action and without an award of costs, interest or attorney fees to any party.


s/Robert H.Cleland
UNITED STATES DISTRICT JUDGE

Dated:  10/21/2010




Copies sent to:

David M. Davis (P24006)                          Gloria Davis
John M. Boyda (P39268)                           Defendant In Pro Per
Attorneys for Plaintiff                              14062 Fenton Drive
Hardy, Lewis & Page, P.C.                        Redford, Michigan 48239
401 South Old Woodward Ave. Suite 400     (313) 794-1403
Birmingham, Michigan 48009
(248) 645-0800

Gloria Sims Poe
Defendant In Pro Per
8120 East Jefferson #2N
Detroit, Michigan 48214
(313) 822-7599

227595.DOC