**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

METROPOLITAN LIFE INSURANCE
COMPANY,

      Plaintiff,

v.                                          Case No. 10-12005

GLORIA DAVIS and GLORIA SIMS POE,

      Defendants.
                                                 /

**AMENDED[1] JUDGMENT**

In accordance with the court's "Amended Order Awarding Plan Benefits to Defendant Gloria Davis and Directing the Clerk of the Court to Pay Plan Benefits to Gloria Davis," dated October 22, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Gloria Davis and against Defendant Gloria Sims Poe. Dated at Detroit, Michigan, this 22 day of October 2010.

                                                         DAVID J. WEAVER
                                                        CLERK OF THE COURT


                                                         S/Lisa Wagner
                                         By: Lisa Wagner, Case Manager and Deputy Clerk
                                                to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-12005.POE.AmendedJudgment.jmp.wpd

---

[1] This judgment is identical in all respects to the October 21, 2010, Judgment vacated by the court, except that it references the Amended Order and its date.